**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **JAMES TROIANO,** | ) |
| | ) |
|     **Plaintiff** | ) |
|   v. | )    **Criminal No. 05-16-P-S** |
| | )    **Civil No. 08-161-P-S** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Defendant** | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 8) filed September 5, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's 28 U.S.C. §2255 motion (Docket No. 1) is **DENIED**.  A certificate of appealibility would be denied.

   /s/ George Z. Singal
   Chief United States District Judge

Dated this 24th day of September, 2008.